UNITED STATES DISTRICT COURT
Western District of Texas

**Alternative Dispute Resolution Summary**

1. Style of case: Andrew S. Burns v. VP Racing Fuels, Inc.

2. Civil action number: 5:24-cv-00038-XR

3. Nature of suit: 840 Trademark

4. Date of Mediation: January 30, 2024

5. When did the case settle?  ☐ Before ADR   ☐ In ADR   ☒ Did Not Settle

6. What was your total fee?  $ 2600   or   ☐ Pro Bono

7. How was this Mediation initiated?  ☐ by court order   or   ☒ agreement of the parties

8. Please provide the names, addresses, and telephone numbers of counsel:

| | |
|---|---|
| Name: Ricardo Cedillo | Name: Richard Espey |
| Address: 755 E. Mulberry Ave., Ste. 500, San Antonio, TX 78212 | Address: 70 NE Loop 410, Ste. 850, San Antonio, TX 78216 |
| Phone: 210-822-6666 | Phone: 210-404-0333 |
| Name: Zachary Gilbert | Name: William Nash |
| Address: 755 E. Mulberry Ave., Ste. 500, San Antonio, TX 78212 | Address: 112 E. Pecan St., Ste. 2400, San Antonio, TX 78205 |
| Phone: 210-822-6666 | Phone: 210-978-7477 |

9. Additional comments: This report was inadvertently not filed as a result of the mediator's error.

Signature of Neutral
1150 N. Loop 1604 W., Ste. 108-635
Address
San Antonio, TX 78248

Date: 08-07-25
Phone: 210-445-8817

*Neutral must file completed form in duplicate with the U.S. District Clerk within 5 days after completion of ADR or, if settlement occurs prior to session, within 5 days of neutral's notice by the parties of settlement.*